UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARTON,<br><br>   Petitioner,<br><br> v.<br><br>WILLIAM BEDDICK,<br><br>   Respondent. | Case No. CV 21-05125 FMO (RAO)<br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order Regarding Summary Dismissal of Petition for Writ of Habeas Corpus and Denial of Certificate of Appealability.

DATED: June 30, 2021

             /s/ Fernando M. Olguin
             _____
             FERNANDO M. OLGUIN
             UNITED STATES DISTRICT JUDGE